

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00095-CV

**LEYENDECKER CONSTRUCTION, INC.,**
Appellant

v.

Elvia **BERLANGA**, Individually, and as Personal Representative of the Estate of Vicente
Berlanga, Jr., and Next Friend of Paulina Berlanga, a minor,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 12-03-27240-MCV
Honorable Cynthia L. Muniz, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the judgment of the trial
court is REVERSED and this case is REMANDED to the trial court for proceedings consistent
with this opinion.

SIGNED August 7, 2013.

_____
Karen Angelini, Justice